

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Texas Tech University Health Sciences Center-El Paso, | § | No. 08-16-00164-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 327th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| Gloria Bustillos., | | |
| | § | (TC# 2015DCV3141) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **November 11, 2016**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Hadley A. Huchton, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or November 11, 2016.

IT IS SO ORDERED this 20th day of October, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez, and Hughes, JJ.